Jason R.N. Monteleone
JOHNSON & MONTELEONE, L.L.P.
350 N. 9th Street, ste. 500
Boise, Idaho 83702
Telephone:  (208) 331-2100
Facsimile:  (208) 947-2424
*jason@treasurevalleylawyers.com*
Idaho State Bar No. 5441

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Ace Chavez,<br><br>    Plaintiff<br><br>v.<br><br>United States of America, Community Health Clinics, Inc. d/b/a Terry Reilly Health Services d/b/a Terry Reilly – Nampa 1st Street Clinic, Lisa Lawrence, N.P., and John/Jane Does I through X, whose true identities are presently unknown,<br><br>    Defendants | Case No.  1:21-CV-00264-REP<br><br>**STIPULATION TO EXTEND DEADLINES** |

COMES NOW the parties, Plaintiff, Ace Chavez, by and through his attorney of record, Jason R.N. Monteleone of the law firm of Johnson & Monteleone, L.L.P., and Defendant, United States of America, by and through its attorneys of record, Joanne Rodriguez, of the United States Attorney's Office for the District of Idaho and hereby agree and stipulate to extend the deadlines relative to *Scheduling Order Track: (Standard)* (Dkt. 20), as follows:

1. <u>Fact Discovery:</u>  All fact discovery is extended to October 15, 2022; and

2. <u>Expert Discovery:</u>  All expert discovery is extended to January 15, 2023.

**STIPULATION TO EXTEND DEADLINES  - 1**

DATED:  This 18th day of January, 2022.

JOHNSON & MONTELEONE, L.L.P.

*/s/ Jason R.N. Monteleone*_____
Jason R.N. Monteleone
Attorneys for Plaintiff

DATED:  This 18th day of January, 2022.

UNITED STATES ATTORNEY'S OFFICE

*/s/ Joanne Rodriguez*_____
Joanne Rodriguez
Attorneys for Defendant

**STIPULATION TO EXTEND DEADLINES  -  2**