JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**MICHAEL W. MITCHELL, TEXAS STATE BAR NO. TX24037126**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375
Email: mike.mitchell@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ACE CHAVEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 1:21-CV-00264-BLW<br><br>**STIPULATION FOR PROTECTIVE ORDER** |

COME NOW Plaintiff and Defendant, and stipulate as follows:

1. Defendant may designate as confidential information not known or available to the public, which Defendant in good faith believes is within the scope of Federal Rule of Civil Procedure 26(c)(1)(G) and constitutes confidential, personal, or private information. The parties do not make any acknowledgment or other representations as to the validity of Defendant's designation of these materials as confidential, but agree only that said materials will be treated confidentially in accordance with this stipulation.

**STIPULATION FOR PROTECTIVE ORDER - 1**

2. Confidential information includes any documents so designated by Defendant, as specified in Paragraph 1.

3. In the event that confidential information is filed or lodged with the Court, any confidential information shall be marked as "PROTECTED" on the first page and on each page containing such information, by placement of a stamp or other indicia at the top of the page, in substantially the following form:

**CONFIDENTIAL**
**See Protective Order**

Any such documents shall be filed in accordance with Local Rule 5.3(b), *Electronic Filing of Sealed Documents*.

4. Confidential information may be disclosed only to:

   a. Any party or attorney who represents a party with respect to this case who has executed a stipulation to comply with this Protective Order, and any other person assisting such an attorney for whom access to confidential information is necessary to perform a duty with respect to this case, including retained experts and consultants. The execution of this stipulation to comply with this Order by a member of a law firm shall constitute a representation that all persons in or employed by that firm, including experts and consultants, shall observe this Protective Order.

   b. Any expert witness or consultant of a party for whom access to confidential information is necessary to perform a duty with respect to this case. Before confidential information may be disclosed to such an

**STIPULATION FOR PROTECTIVE ORDER - 2**

expert witness or consultant, he/she must represent to the attorney signing this stipulation for protective order that the expert or consultant will abide by the terms of this protective order, including the provisions of Appendix A, attached hereto.

    c.    Any personnel of the Court and court reporters retained to record and transcribe testimony in this case.

    d.    Any employee or authorized attorney of the party that produced the confidential information.

5. Confidential information shall be used solely with respect to this case.

6. The parties, the parties' counsel, experts, and their consultants shall not use the contents of any such item, document, or thing in any other case, claim, or proceeding.

7. By executing this document, the parties agree that their clients agree to the terms of this protective order.

8. Upon termination of this litigation, the originals and all copies of confidential information, as well as any originals or copies of discovery responses referring to confidential information, shall be given to the party that produced such information or to its attorneys, or destroyed, within thirty (30) days. The provisions of this Order shall not terminate with the disposition of this action.

Dated  December 14, 2022      /s/ Michael W. Mitchell_____
    MICHAEL W. MITCHELL
    Assistant United States Attorney

Dated  December 14, 2022       /s/Jason R.N. Monteleone_____
    JASON R.N. MONTELEONE
    Attorney for Plaintiff

**STIPULATION FOR PROTECTIVE ORDER - 3**

## **"APPENDIX A"**

## EXPERTS OR CONSULTANTS

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

Any expert or consultant who reviews confidential information, or information stamped "PROTECTED" consistent with this Protective Order, will represented the following to the retaining attorney before reviewing said information:

1. I have received a copy of the Protective Order entered in this case. I have carefully read and understand the provisions of the Protective Order. I will fully comply with all of the provisions of the Protective Order.

2. I will not disclose any confidential information to persons not identified in paragraph 4 of the Stipulation for Protective Order. I will use any such information only with respect to this case.

3. I will return all confidential information including all copies that come into my possession and all documents or things which I have prepared which contain such information, to an attorney representing the party that has employed or retained me.

-END-